IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH WILLIAM ATWELL, | : | |
| Petitioner, | : | |
| | : | 1:15-cv-1583 |
| v. | : | |
| | : | Hon. John E. Jones III |
| JAY LANE, ACTING SUPERINTENDENT, PA ATTORNEY GENERAL et al., | : | |
| Respondents. | : | |

# **ORDER**

**July 11, 2017**

NOW THEREFORE, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED as follows:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is DENIED.

2. There is no basis for the issuance of a certificate of appealability. *See* R. GOVERNING § 2254 CASES R. 11(a) (stating that "[t]he district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant").

3. The Clerk of Court is directed to CLOSE this case.

                                                         s/ John E. Jones III
                                                       John E. Jones III
                                                       United States District Judge